IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT LEROY SMITH,

    Petitioner,

v.                              CASE NO. 1:10-cv-00094-MP-GRJ

SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 18, 2013. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The petitioner has done so, at Doc. 41. I have made a *de novo* determination of these timely filed objections.

Having considered the Report and Recommendation, and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The Second Amended Petition for writ of habeas corpus (Doc. 19) is DENIED. A certificate of appealability is DENIED.

**DONE AND ORDERED** this *28th* day of March, 2014

                                        *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge